UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EDUARDO HERNANDEZ *et al.*,

Plaintiffs,

v.

JOHNSON & JOHNSON CONSUMER INC.,

Defendant.

Civil Action No. 19-15679 (ZNQ) (TJB)

**ORDER**

This matter comes before the Court upon Defendant Johnson & Johnson Consumer Inc.'s ("Defendant") Motion to Dismiss Plaintiffs Eduardo Hernandez, Greg Hofer, Margaret Criner, Robert Urantia, Terri Else, Thomas Butler, Glenn Parker, and Maura Tuso's ("Plaintiffs") Amended Class Action Complaint, brought by Plaintiffs individually and on behalf of others similarly situated. (ECF No. 69.) Plaintiffs opposed Defendant's motion (ECF No. 72), and Defendant replied (ECF No. 73). After careful consideration of the Parties' submissions, the Court decides the Motion without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and other good cause shown,

**IT IS**, on this 24th day of March 2023, **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 69) is **GRANTED**, and accordingly, all Counts within Plaintiffs' Amended Class Action Complaint (ECF No. 65) are **DISMISSED WITH PREJUDICE**.

2. The Clerk's Office shall terminate ECF No. 69.

3. The Clerk's Office shall close this case.

s/Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
